WILLIAM OPPENHEIM and MEYER VESSEL, Respondents, *v.* ARISTIDES THANASOULIS, Appellant.

First Department, January 24, 1908.

Injunction — permanent injunction before trial.

On a motion for an injunction *pendente lite*, the court has no power to grant an injunction which by its terms is permanent.

APPEAL by the defendant, Aristides Thanasoulis, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 16th day of October, 1907, granting an injunction restraining the defendant and his servants from interfering with the plaintiffs' performance of their work in the erection of a chimney upon certain premises.

*James A. Allen,* for the appellant.

*J. J. Pantell,* for the respondents.

PER CURIAM :

The injunction order appealed from must be reversed, because it grants the relief demanded in the complaint upon motion and prior to the trial of the action. It is not an injunction *pendente lite*, but by its terms is permanent. The court has no power to make such an order in advance of the trial.

The order appealed from is reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs.

Present — PATTERSON, P. J., INGRAHAM, CLARKE, HOUGHTON and SCOTT, JJ.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.